UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  CASE NO. 18-02870-JMC-13
JEFFREY OWEN GRACEY
DEBTOR(S)

## TRUSTEE'S OBJECTION TO CONFIRMATION

Comes now, Ann M. DeLaney, Trustee herein, and objects to confirmation of the debtor's plan dated September 18, 2018 for the following reason (s):

1. Mortgage claim filed with significant arrears. Plan must treat and fund the mortgage through the Trustee conduit;

WHEREFORE, after notice and hearing, your Trustee requests the Court enter an order sustaining this objection and ordering an amended plan.

Respectfully submitted,

DATE: October 4, 2018

/s/Ann DeLaney
Ann DeLaney
P.O. Box 441285
Indianapolis, IN  46244
Telephone: (317) 829-7360
Facsimile: (317) 829-7369
Email:anndelaney341@trustee13.com

### Certificate of Service

I do hereby certify that a copy of the foregoing Trustee's Objection to Confirmation has been duly served upon the following individuals, by United States mail, first-class postage prepaid, on this date October 4, 2018:

U.S. Trustee    *via electronic mail*

LAW OFFICE OF FLORA A OWOLABI    *via electronic mail*

JEFFREY OWEN GRACEY: 443 NORTH ODELL STREET, BROWNSBURG, IN 46112

/s/Ann DeLaney
Ann DeLaney