# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JEFFREY OWEN GRACEY | | |
| **Case Number:** | 18-02870-JMC-13 | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 04, 2018 01:00 PM   IP 325 | | |
| **Bankruptcy Judge:** | JAMES M. CARR | | |
| **Courtroom Clerk:** | HEATHER BUTLER | | |
| **Reporter / ECR:** | HEATHER BUTLER | | |

### *Matter:*

Hearing on Trustee's Objection to Confirmation of Amended Plan [39], [46]

**R / M #:**   0 / 0

### *Appearances:*

BRIAN BROTHERS, TRUSTEE

### *Proceedings:*

Disposition:  Hearing held.  Objection sustained.  Amended plan to be filed within 30 days.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**